IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI
TWENTY-SECOND JUDICIAL CIRCUIT

| | |
|---|---|
| D.H., C.L., and J.P., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Cause No. 1422-CC09692<br>) |
| JANE DOE I, JANE DOE II,<br>CITY OF ST. LOUIS, MISSOURI,<br>ST. LOUIS CITY METROPOLITAN<br>POLICE DEPARTMENT,<br>BOARD OF POLICE<br>COMMISSIONERS, RICHARD GRAY,<br>BETTYE BATTLE-TURNER,<br>THOMAS IRWIN, FRANCIS SLAY,<br>and ERWIN SWITZER, | ) Division 1<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL**

Defendants St. Louis City Metropolitan Police Department, Board of Police Commissioners, Richard Gray, Bettye Battle-Turner, Thomas Irwin, Francis Slay, and Erwin Switzer hereby notify this Court of the removal of the above-styled case from the Circuit Court of the City of St. Louis, State of Missouri, to the United States District Court for the Eastern District of Missouri. A copy of the Notice of Removal filed in the United States District Court on the 6th day of November, 2014, is attached hereto.

1

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

_____
Philip Sholtz, #57375
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO  63188
(314) 340-7861
(314) 340-7029 (fax)
*Attorneys for* St. Louis Metropolitan Police Department, Board of Police Commissioners, Richard Gray, Bettye Battle-Turner, Thomas Irwin, Francis Slay, and Erwin Switzer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was mailed via first-class mail, postage prepaid, this 6th day of November, 2014, to:

Gary Richard Sarachan
Capes, Sokol, Goodman & Sarachan P.C.
7701 Forsyth Blvd.
St. Louis, MO 63105

Grant R. Doty
American Civil Liberties
Union of Missouri Foundation
454 Whittier St.
St. Louis, MO  63108
*Attorneys for Plaintiff*

_____
Assistant Attorney General

2